255 So.2d 355

**STATE of Louisiana**

v.

**Fred S. VAN BLAIR.**

No. 51980.

Dec. 13, 1971.

In re: Fred S. Van Blair applying for certiorari, mandamus and prohibition.

Writ denied. A jury trial is not required when, as here, the maximum sentence does not exceed six months. Baldwin v. New York, 399 U.S. 66, 90 S.Ct. 1886, 26 L.Ed. 2d 437 (1970). Cf. Louisiana State Board of Medical Examiners v. Bates, 258 La. 1049, 249 So.2d 127 (1971).

255 So.2d 355

**Frank H. PENDER**

v.

**NATIONAL FIRE AND MARINE INSUR-ANCE COMPANY.**

No. 51923.

Dec. 13, 1971.

In re: Southern Farm Bureau Casualty Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 255 So.2d 95.

Writ refused. No error of law.

255 So.2d 356

**Frank H. PENDER**

v.

**NATIONAL FIRE AND MARINE INSUR-ANCE COMPANY.**

No. 51929.

Dec. 13, 1971.

In re: National Fire and Marine Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 255 So.2d 95.

Writ refused. No error of law.

255 So.2d 356

**STATE of Louisiana ex rel. W. W. POUNDERS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51971.

Dec. 14, 1971.

In re: W. W. Pounders applying for writs of habeas corpus, mandamus, certiorari and prohibition.